

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2019

No. 04-19-00572-CV

**IN THE INTEREST OF J.G.C., JR., C.A.C., H.C., Z.C., AND J.A.C., CHILDREN,**

From the County Court, Jim Wells County, Texas
Trial Court No. 16-03-55745-CV
Honorable Michael Ventura Garcia, Judge Presiding

## O R D E R

Appellee's attorney has filed a motion seeking access to a portion of the record that is sealed. The motion is GRANTED. The clerk of the court is instructed to provide a copy of the sealed record to appellee's attorney on CD-ROM. The attorney is ORDERED not to share the contents of the sealed record with any person except to the extent necessary to prepare the appellee's brief.

In the event appellee references the sealed record in its brief, it is ORDERED to (1) file the brief in paper form only, (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2019.

MICHAEL A. CRUZ,
Clerk of Court